29                         1820

*Hubbel & Cory*

*vs*

*John Anderson*

filed in the
Clerks Office
Dec 13. 1821
M DORR   Clerk

| *Hubbel & Cory* | IN SUP. COURT. |
| *v.* | Deft^s Plea |
| *John Anderson* | |

And the Said John Anderson the Def^t in this case by Hunt & Larned his Att^ys comes & defends the wrong & injury when &c &  for plea Says, he never promised the Plaintiffs as they in their declaration against him have alledged  And thereof he puts himself on the country for trial

And the Pltffs likewise                    HUNT & LARNED
by WOODBRIDGE & SIBLEY Att^s

And the Said Def^t, hereby gives notice to the Plf or his Attorneys that the Plf^s not having furnished a bill of particulars in this case as demanded, he will will move the court to withdraw this plea & plead anew at the next Term of this Court                    HUNT & LARNED